# ELECTRONIC RECORD

**282-15**

COA #14-13-01020-CR

OFFENSE: Aggravated Assault

STYLE: Reginald Broussard v The State of Texas

COUNTY: Harris

COA DISPOSITION: Affirmed

TRIAL COURT: 351st District Court

DATE: February 3, 2015    Publish: No

TC CASE #:1354834

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Reginald Broussard v The State of Texas

CCA # _____

___*APPELLANT'S*___  Petition
FOR DISCRETIONARY REVIEW IN CCA IS:

___REFUSED___

DATE: ___04/22/2015___

JUDGE: ___Per Curiam___

CCA Disposition: ___**282-15**___

DATE: _____

JUDGE: _____

SIGNED: _____    PC: _____

PUBLISH: _____    DNP: _____

-------------------------

_____ MOTION FOR

FOR REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**